OPINION — AG — ** SALARIES — COUNTY ATTORNEYS **THE SALARIES OF THE COUNTY JUDGE AND COUNTY ATTORNEY DURING THE FISCAL YEAR BEGINNING JULY 1, 1956, AND ENDING JUNE 30, 1957, ARE TO BE DETERMINED AS PROVIDED FOR IN 19 O.S. 179.5 [19-179.5](3) AS AMENDED; AND THE PROVISIONS OF 19 O.S. 179.5 [19-179.5](1)(B) HAVE NO APPLICATION THERETO. (TIME FRAME, SALARY, COUNTY OFFICERS) CITE: 19 O.S. 179.5 [19-179.5] (JAMES C. HARKIN)